■ In the Matter of LVI ENVIRONMENTAL SERVICES, INC., Appellant, and GRAMERCY GROUP, INC., Intervenor-Petitioner, v

NEW YORK STATE URBAN DEVELOPMENT CORPORATION, Individually and Doing Business as EMPIRE STATE DEVELOPMENT CORPORATION, et al., Respondents. [887 NYS2d 919]—Appeal from a judgment (denominated order) of the Supreme Court, Monroe County (William P. Polito, J.), entered July 2, 2009 in a proceeding pursuant to CPLR article 78. The judgment, insofar as appealed from, dismissed the petition of petitioner LVI Environmental Services, Inc.

It is hereby ordered that the judgment so appealed from is unanimously affirmed without costs for reasons stated in the decision at Supreme Court. Present—Smith, J.P., Peradotto, Green, Pine and Gorski, JJ.